BANDER LAW FIRM LLP
Timothy Umbreit (SBN 145932)
1055 W. 7th Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 873-4333
Facsimile: (213) 873-4334
info@banderlaw.com

Attorney(s) for Plaintiff, CECILIA CARMONA

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CARMONA, | Case No.: CV 09-1990 HRL |
| Plaintiff, | |
| v. | **WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION (*LIS PENDENS*)** |
| GREENPOINT MORTGAGE FUNDING, INC., a corporation; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff CECILIA CARMONA hereby withdraws the Notice of Pendency of Action recorded on February 23, 2009, Instrument No. 20142416 , in the office of the recorder of the County of Santa Clara, in the above-referenced action concerning the real property located in the City of San Jose, County of Santa Clara, State of California commonly referred to as: 1253 Farringdon Drive, San Jose, California 95127, Assessor's Parcel Number 488-

1  04-122, Lot 19, Tract 1410, in the City of San Jose, County of Santa Clara, State of California, per
2  maps in the Office of the County Recorder of Santa Clara.

4  DATED: September 09, 2009					BANDER LAW FIRM LLP

							/S/ TIMOTHY UMBREIT
							TIMOTHY UMBREIT
							Attorneys for Plaintiff
							CECILIA CARMONA

WITHDRAWL OF NOTICE OF PENDENCY OF ACTION